# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACQUELINE R. TANT**                            **PLAINTIFF**

**VS.**                  **CASE NO. 3:20CV00280 KGB/PSH**

**ANDREW SAUL,**
**Commissioner of Social**
**SecurityAdministration**                        **DEFENDANT**

## ORDER

The application to proceed *in forma pauperis* (docket entry no. 1) is granted. The plaintiff, Jacqueline R. Tant ("Tant"), who is proceeding *pro se*, may proceed without prepayment of fees and costs or the necessity of giving security therefor. The Clerk of the Court shall issue, and the United States Marshal shall serve, a summons and copy of the complaint on the defendant.

Tant is hereby notified of her obligation to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Arkansas. She is specifically directed to Local Rule 5.5(c)(2), which provides the following:

> It is the duty of any party not represented by counsel to promptly

notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

The motion (docket entry no. 1) is granted.

IT IS SO ORDERED this 5th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE