IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JACQUELINE R. TANT                                                                                              PLAINTIFF

v.                                    Case No. 3:20-cv-00280-KGB

SOCIAL SECURITY ADMINISTRATION                                                              DEFENDANT

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 17). Plaintiff Jacqueline R. Tant filed objections to the Recommendation on August 12, 2021 (Dkt. Nos. 18).

After careful consideration of the Recommendation, Ms. Tant's objections, and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (Dkt. No. 17).

It is so ordered, this 7th day of February, 2022.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge