# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JACQUELINE R. TANT**                                                                                   **PLAINTIFF**

v.                          Case No. 3:20-cv-00280-KGB

**SOCIAL SECURITY ADMINISTRATION**                                                        **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jacqueline R. Tant's complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 7th day of February, 2022.

_____
Kristine G. Baker
United States District Judge